IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARLENE S. CHOATE,

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.                                              No. 11-CV-316-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on parties' joint motion for remand.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 16, 2011, the Court **REVERSES** the Commissioner's decision and **REMANDS** the case for rehearing and reconsideration of the evidence pursuant to sentence four of **42 U.S.C. §405(g).**

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:      *s/Sandy Pannier*
         **Deputy Clerk**

Dated: December 19, 2011

David R. Herndon
2011.12.19
08:27:24 -06'00'

APPROVED:
     CHIEF JUDGE
     U. S. DISTRICT COURT