IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARLENE S. CHOATE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

    Defendant.                              No. 11-cv-316-DRH

## ORDER

**HERNDON, Chief Judge:**

    Pending before the Court is the parties' joint stipulation for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. 26). The parties ask the Court award plaintiff EAJA fees in the amount of $2,350.00. Plaintiff agrees that she shall accept this fee award in full satisfaction of any claims for fees or costs pursuant to the EAJA. Further, the parties stipulate that, "[a]ny fees paid belong to [p]laintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes to the United States under *Astrue v. Ratliff,* 177 L. Ed. 2d 91, 2010 LEXIS 4763 (June 14, 2010)." Pursuant to the joint stipulation, the Court **AWARDS** plaintiff EAJA fees in the amount of $2,350.00.

    **IT IS SO ORDERED.**

    Signed this 15th day of March, 2012.

David R. Herndon
2012.03.15
11:26:52 -05'00'

**Chief Judge
United States District Court**